# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03391-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ELMER L. CROSS, JR.,

    Plaintiff,

v.

SHERIFF'S DEPUTY DECKER,
SHERIFF'S DEPUTY GARCIA,
SHERIFF'S DEPUTY MACDONALD, and
SARGENT SHANON,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Elmer L. Cross, Jr., is an inmate at the Denver County Jail. He initiated this action by filing a Prisoner Complaint (ECF No. 1). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   X   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(6)   __   affidavit is not notarized or is not propely notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   __   other:

**Complaint or Petition**:

(9)  ___   is not submitted
(10) ___   is not on proper form (must use the Court's current form)
(11) ___   is missing an original signature by Plaintiff
(12) ___   is incomplete
(13) ___   uses et al. instead of listing all parties in caption
(14) ___   names in caption do not match names in text
(15) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 motion, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 16, 2014, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge